# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARCHIE COLE,<br><br>        Petitioner,<br><br>    v.<br><br>D. SHINN, Warden,<br><br>        Respondent. | Case No. EDCV 16-1778 BRO (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.[1] Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

---

[1] On October 19, 2016, the Magistrate Judge issued an Amended Report and Recommendation solely to correct non-substantive formatting errors in the original Report and Recommendation. Because the text of the Amended Report and Recommendation is identical to the text of the original Report and Recommendation, it is unnecessary to provide additional time for Objections.

1 | **IT IS ORDERED** that Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 10/26/16

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE