UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARCHIE COLE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>D. SHINN, Warden,<br><br>　　　　Respondent. | Case No. EDCV 16-1778 BRO (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 10/26/16

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE